**Order entered April 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00120-CV

**DELORIS PHILLIPS, Appellant**

**V.**

**TEXAS DEPARTMENT OF INSURANCE DIVISION OF WORKERS' COMPENSATION, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06299**

### ORDER

By opinion and judgment dated April 19, 2022, we dismissed this appeal for want of jurisdiction. Before the Court is appellant's April 20 letter which we construe as a motion for the reporter's record to assist her in preparing a motion for rehearing. The reporter's record was not necessary to the Court's determination that it lacked jurisdiction over this appeal. Accordingly, we **DENY** the motion.

s/    ROBERT D. BURNS, III
CHIEF JUSTICE